law. A detailed opinion would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. The judgments are affirmed pursuant to Rules 30.25(b) and 84.16(b).

We have reviewed the briefs of the parties and the record on appeal and find no error of law. A detailed opinion would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. The judgments are affirmed pursuant to Rules 30.25(b) and 84.16(b).

**STATE of Missouri, Respondent,**

v.

**William PILGER, Appellant.**

**William PILGER, Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 66880, 71525.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 3, 1998.

PER CURIAM.

Defendant appeals the judgment entered upon his conviction by a jury of sexual abuse in the first degree in violation of section 566.100 RSMo.1994. Defendant also appeals the denial of his Rule 29.15 motion for post-conviction relief.